# IN THE MATTER OF BENJAMIN CHITTENDEN, AN ABSENT JUROR

1806

JOURNAL ENTRIES

1. Order . . . . . . . . . . . . *Journal, infra,* *p. 22

PAPERS IN FILE

[None]